UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023
```

ERICA FIGUEROA,

                        Plaintiff,

-v-

BJ'S WHOLESALE CLUB, INC.,

                        Defendant.

1:22-cv-3906 (MKV)

**ORDER**

MARY KAY VYSKOCIL, District Judge:

    The in-person status conference previously scheduled for October 19, 2023 at 10:30 AM is ADJOURNED to October 26, 2023 at 3:00 PM.

**SO ORDERED.**

Date:  **October 12, 2023**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1