# *Harmon, Linder & Rogowsky*

David Harmon, Esq. *
*(1917-2013)
Mark J. Linder, Esq.
Ira Rogowsky, Esq.
Thomas A. Graci, Esq.
Bret Myerson, Esq.
Keith Mininson, Esq.
Michelle Jean-Jacques, Esq
Eric Mausolf, Esq
Brett I. Bloom, Esq.
Jordan Byrd, Esq.
Pawel Jankowski, Esq.

*Attorneys at Law*
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016
Tel. (212) 732-3665
Fax. (212) 732-1462

Thomas Mutone, Esq.
Jean Osnos, Esq.
Elisabeth Morgan, Esq.
Travis Frank, Esq.
Max Sverdlove, Esq.
Dwayne Crispell, Esq.
Rayne Sassower, Esq.
Martin Schwartz, Esq.
Steven Loren, Esq.
Jeffrey Manca, Esq.
Danny Diaz, Esq.
Kesete Taye, Esq.
Jordan Hoch, Esq.

October 26, 2023

**VIA ELECTRONIC FILING**
Honorable Mary Kay Vyskocil,
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2023
```

Re: Erica Figueroa vs BJ's Wholesale Club Inc.
Docket No.: 22-CV-03906

Dear Judge Vyskocil,

We represent the plaintiff, Erica Figueroa, in the above referenced matter and write here on behalf of both parties to request an adjournment of today's status conference scheduled for 3:00pm.before Your Honor.

Plaintiff's counsel advised the defendant this morning that the Plaintiff may be agreeable to stipulating as to a cap on damages and therefore remanding this matter back to state court for further proceedings. However, we require additional time to consult with our client and the parties need to enter an appropriate stipulated order to be submitted to the Court.

The parties jointly request that today's status conference be adjourned for reasons stated above. There have been no prior requests for an adjournment of this conference. Lastly, the parties apologize for the lateness of this request.

Your Honor's consideration of this matter is greatly appreciated

Respectfully submitted,
*Michelle Jean-Jacques*
Michelle Jean-Jacques, Esq.

cc: Daniel Velez, Esq.
    Defendant's Attorney
    Goldberg & Segalla

**GRANTED.  The parties are directed to file a joint status letter on or before October 30, 2023.  The October 26, 2023 Status Conference is ADJOURNED to October 31, 2023 at 12:30 PM.  SO ORDERED.**

Date: 10/26/2023
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge