UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2023
```

ERICA FIGUEROA,

                            Plaintiff,

-v-

BJ'S WHOLESALE CLUB, INC.,

                            Defendant.

1:22-cv-3906 (MKV)

**ORDER**

**MARY KAY VYSKOCIL, District Judge:**

      This action was removed from New York state court on May 13, 2022. [*See* ECF No. 1.] The parties have now stipulated that Plaintiff will not seek in excess of $75,000 in damages, and jointly move to remand this action to state court. [*See* ECF No. 13.] Given that the parties have stipulated that the amount in controversy is less than $75,000, this Court lacks jurisdiction over this action. *See* 18 U.S.C. § 1332(a). Therefore, with the consent of both parties, [*see* ECF No. 13], this action is remanded to New York Supreme Court.

      The Clerk of Court is respectfully requested to terminate ECF Nos. 7 and 13, to adjourn all existing deadlines and conferences *sine die*, and to close this case.

**SO ORDERED.**

**Date:  October 30, 2023**
       **New York, NY**

                                        */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**